**In re THE LEX GROUP VA.**

No. 2010–1115.

United States Court of Appeals,
Federal Circuit.

July 7, 2010.

Sean T.C. Phelan, Hanify & King, P.C., of Washington, DC, argued for appellant. On the brief was Edward A. Pennington.

Christina J. Hieber, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and William Lamarca, Associate Solicitor.

RADER, Chief Judge, LOURIE, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED. *See* Fed. Cir. R. 36.**